*wall Key* and *J. Louis Monarch* for respondents.

No. 1247. ALADDIN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. W. H. F. Millar* and *Egbert Robertson* for petitioner. *Solicitor General Fahy* and *Messrs. Archibald Cox, Robert B. Watts,* and *Ernest A. Gross* for respondent.

No. 1256. ALGOMA NET CO. *v.* NATIONAL LABOR RELATIONS BOARD. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert C. Bassett* for petitioner. *Solicitor General Fahy* and *Messrs. Archibald Cox, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 1180. GRAVER TANK & MANUFACTURING CORP. *v.* NEW ENGLAND TERMINAL CO. May 4, 1942. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. Dismissed per stipulation of counsel. *Messrs. Henry C. Hart* and *Hoyt W. Lark* for petitioner. *Messrs. Charles P. Sisson* and *Wm. A. Gunning* for respondent.

No. 280. JONES *v.* CITY OF OPELIKA. See *ante,* p. 649.